UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA HUTCHISON, ET AL.,

      Plaintiffs,
v.                              Case No. 8:12-cv-2764-T-33AEP

ECO GREEN MACHINE, LLC,

      Defendant.
_____/

**ORDER**

    This matter comes before the Court <u>sua sponte</u>. On April 25, 2013, this Court entered a Case Management and Scheduling Order, which, among other things, referred this case to mediation and directed Plaintiffs' counsel, within twenty-one days thereof, to report to the Court the name of the parties' selected certified mediator and the date, time, and location of the parties' scheduled mediation conference. (Doc. # 29 at 2). The Court established December 27, 2013, as the deadline for conducting the mediation conference. <u>Id.</u>

    Plaintiffs have failed to timely notify the Court of the parties' selected certified mediator and the date, time, and location of the scheduled mediation conference. Accordingly, Plaintiffs are directed to file a Notice of Mediation on or before <u>May 31, 2013</u>, which: (a) identifies the selected certified mediator and includes the mediator's complete address and telephone number, and (b) sets forth the date,

time, and place of the scheduled mediation conference.  If the parties fail to select a mediator or do not notify the Court of such selection in a timely fashion, the Court will sua sponte and without further notice select an individual to serve as mediator and issue the appointment.

The parties are reminded that all counsel, parties, corporate representatives, and any other required claims professionals must be present at the mediation conference with full authority to negotiate a settlement.  The Court does not allow mediation by telephone or video conference.  Personal attendance is required. See Local Rule 9.05(c).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs shall, by May 31, 2013, advise the Court of the parties' selected certified mediator and the date, time, and location of the parties' scheduled mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of May, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel of Record