```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

JOSHUA HUTCHISON and
OLEG ODORODKO,

      Plaintiffs,
v.                                           Case No. 8:12-cv-2764-T-33AEP

ECO GREEN MACHINE, LLC,

      Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Scheduling Mediation (Doc. # 31) filed on May 31, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**    Mary Lau, Esq.

    **Address:**    PO Box 838
                      Tampa, FL 33601

    **Telephone:**    (813)229-2121

By agreement of the parties, the mediation conference is scheduled for **December 16, 2013, at 10:30 a.m.** at 100 South Ashley Avenue, Suite 1700, Tampa, FL 33602.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2013.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Mary Lau, Esq.
          PO Box 838
          Tampa, FL 33601

2